UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARTHA L ANGLIN, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-10-2082 |
| | § | |
| CERES GULF, INC., *et al*, | § | |
| | § | |
| Defendants. | § | |

## **NOTICE OF REFERRAL**

Plaintiffs' Motion For Leave To Amend Complaint (Doc. 26) is REFERRED to Magistrate Judge Frances Stacy for resolution.

David Bradley, Clerk of Court

/s/
_____
By Helen Tippen, Case Manager to
U. S. District Judge Melinda Harmon

Date: 10/5/10