IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARTHA ANGLIN, | § | |
|     Plaintiff | § | |
| | § | |
| V. | § | |
| | § | C.A. NO. 4:10-cv-02082 |
| CERES GULF, INC., NYK GROUP | § | |
| AMERICAS, INC., THOMAS J. SIMMERS, | § | |
| RONALD N. RUTOLO AND | § | |
| WAYNE KOCUREK, | § | |
|     Defendants | § | |

**DEFENDANT CERES GULF, INC.'S
RULE 26(A) INITIAL DISCLOSURES**

To:    Plaintiff, Martha Anglin, by and through her attorney of record, Stephen J. Schechter, 8 Spencer Road, Suite 200 Boerne, Texas 78006.

Pursuant to Federal Rule of Civil Procedure 26(a), Defendant Ceres Gulf, Inc. provides its Initial Disclosures as follows:

**(A)**    The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, indentifying the subjects of the information.

**RESPONSE:**

1.    Present and former employees of
Ceres Gulf, Inc.
Troy Gouger
c/o Royston, Rayzor, Vickery & Williams, L.L.P.
711 Louisiana Street, Suite 500
Houston, Texas 77002-2716

Ceres Gulf, Inc. is a defendant to this lawsuit, and its employees, officers, agents, and custodians of record may have knowledge regarding the facts made basis of this lawsuit.

2.    Martha Anglin
c/o Stephen J. Schechter
8 Spencer Road, Suite 200
Boerne, TX  78006

Ms. Anglin is the Plaintiff in this lawsuit and has knowledge regarding the facts made basis of this lawsuit.

3. NYK Group America, Inc.
c/o Allan H. Neighbors, IV
LITTLER MENDELSON, P.C.
1301 McKinney Street, Suite 1900
Houston, TX 77010

NYK Group America, Inc. is a defendant to this lawsuit, and its employees, officers, agents, and custodians of record may have knowledge regarding the facts made basis of this lawsuit.

4. Thomas J. Simmers
Ronald Rutolo
Wayne Kocurek

Alleged defendants in this matter.

5. Present and former employees and members of
ILA Local 1351
President Charles Montgomery
7524 Avenue N
Houston, TX 77012

Testified at the preliminary injunction hearing in this matter, and may have knowledge regarding the facts made basis of this lawsuit.

6. Present and former employees of
West Gulf Maritime Association
Nathan Wesely
Chelsea Egmon
Portway Plaza 1717 East Loop, Suite 200
Houston, Texas 77029
(713)678-7655

Testified at the preliminary injunction hearing in this matter, and corresponded with Plaintiff and Plaintiff's attorney prior to Plaintiff's lawsuit.

**(B)** A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

**RESPONSE:** Please refer to the 69 exhibits produced by Defendant at the Preliminary Hearing on August 31, 2010. The First Amended Exhibit List was filed on August 24, 2010 at Document 14. Copies of these documents are available upon request. Defendant reserves the right to supplement as discovery progresses.

**(C)** A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including material bearing on the nature and extent of injuries suffered.

**RESPONSE:** None at this time.

**(D)** For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**RESPONSE:** Defendant will supplement, if any.

        Respectfully submitted,

By: */s/ Scott R. Breitenwischer*
    Scott R. Breitenwischer
    State Bar No. 02947695
    Federal ID No. 10827
    Attorney-in-Charge
    Lauren Wygant Woodard
    State Bar No. 24060859
    Federal ID No. 872481
    Pennzoil Place
    711 Louisiana, Suite 500
    Houston, Texas 77002-2716
    Telephone: (713) 224-8380
    Facsimile:  (713) 225-9545

    **ATTORNEYS FOR DEFENDANT,**
    **CERES GULF, INC.**

**OF COUNSEL:**

**ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of October 2010, a true and correct copy of the foregoing was sent via certified mail and/or regular U.S. mail to the following counsel of record:

Stephen J. Schechter
8 Spencer Road, Suite 200
Boerne, TX  78006

Allan H. Neighbors, IV
Littler Mendelson, P.C.
1301 McKinney Street, Suite 1900
Houston, TX 77010

                                         */s/ Scott R. Breitenwischer*
                                         Of Royston, Rayzor, Vickery & Williams, L.L.P.