IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARTHA ANGLIN, § | |
| § | |
| Plaintiff, § | |
| § | |
| V. § | CIVIL ACTION NO. H-10-2082 |
| § | |
| CERES GULF, INC. NYK GROUP § | |
| AMERICAS, INC., THOMAS J. SIMMERS, § | |
| RONALD N. RUTOLO and WAYNE § | |
| KOCUREK, § | |
| § | |
| Defendants. § | |

## ORDER

Before the Magistrate Judge upon referral from the District Judge is Plaintiff's Motion for Leave to Amend Complaint (Document No. 26), in which Plaintiff seeks leave to amend her complaint and add several Defendants, ILA 1351, ILA South Atlantic & Gulf Coast District, and West Gulf Marine Association, and a claim against Defendant Ceres Gulf, Inc. for violations of Title VII.

Having considered the motion, the response in opposition, and the current Scheduling Order, it is

ORDERED that Plaintiff's Motion for Leave to Amend Complaint (Document No. 26) is GRANTED.

Signed at Houston, Texas, this 15th day of November, 2010.

*Frances H. Stacy*
FRANCES H. STACY
UNITED STATES MAGISTRATE JUDGE